49 N.J. 369 (1967)
230 A.2d 400
CHRISTINE OSTROSKI, AN INFANT, BY HER GUARDIAN, AD LITEM, ET AL., PLAINTIFFS-PETITIONERS,
v.
MOUNT PROSPECT SHOPRITE, INC., ET ALS., DEFENDANTS-RESPONDENTS AND MICHAEL J. CISERO, DEFENDANT, CROSS-RESPONDENT.
The Supreme Court of New Jersey.
May 29, 1967.
Mr. Sherwin Drobner for the petitioner.
Mr. Raymond L. Cunneen, Mr. Hugh J. O'Gorman, Messrs. Gaffey & Webb and Mr. John L. McDermott for the respondents.
Denied.